UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

       - against -

JENILYN BOYCE,

                        Defendant.

-------------------------------------------------------X

15 Cr. 00465-02 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

ROMÁN, D.J.:

The Court has reviewed the transcript of the plea allocution in the above-entitled case,

the charging papers, and all other pertinent parts of the record.  The Report and

Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated July

26, 2016, is approved and accepted.

SO ORDERED.

Nelson S. Román
United States District Judge

Dated:  White Plains, NY
         July 27, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/16